IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THORNE THOMAS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 12-1434 |
| | ) | |
| | ) | Judge Joy Flowers Conti/ |
| | ) | Magistrate Judge Maureen P. Kelly |
| SGT. WAUGH; C/O BRUBAKER, | ) | |
| Defendant. | ) | |

# **O R D E R**

AND NOW, this 29th day of July, 2014, after the Plaintiff, Thorne Thomas, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until July 21, 2014, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Complaint ECF No. [4], is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

The clerk shall mark this case closed.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI

1

Chief United States District Judge


cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Thorne Thomas
647 Long Lane
Apartment 2
Upper Darby, PA 19082

All Counsel of Record Via CM-ECF